UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WYNN JONES                                                CIVIL ACTION

VERSUS                                                    NO. 10-0187

BURL CAIN, WARDEN                                         SECTION "S"(2)

## O R D E R

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, the petitioner's failure to submit evidence concerning the procedural default, and considering the petitioner's arguments on the procedural default and objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Wynn Jones for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this ___19th___ day of _____August_____, 2010.

UNITED STATES DISTRICT JUDGE